# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ANGEL TORREZ, JR., | Case No.: 1:24-cv-00362-SKO (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR DOCUMENTS |
| v. | |
| L. LUNDY, Warden, | (Doc. 21) |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* and *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## **DISCUSSION**

The instant petition was filed on March 28, 2024. (Doc. 1). On June 11, 2024, the Court dismissed the petition as premature. (Doc. 13). On July 8, 2024, Petitioner filed the instant motion requesting his documents be returned to him. (Doc. 21).

Petitioner is advised that the documents filed with the Court are part of the case file and court record and may not be returned to him. To the extent he may be requesting copies, he is advised that the Court and its staff do not provide copy services for parties. The Clerk's office has no facilities or procedures for providing copies to parties or for recouping the costs involved in such services. If

1

Petitioner needs copies of certain documents, which are public records, he has several options. First, he may have someone copy those documents directly at the Court. Alternately, if Petitioner or an associate has access to the internet, he can access the Court's website and download and print the documents contained in the docket for this case.

For the foregoing reasons, Petitioner's motion for documents (Doc. 21), is DENIED.

IT IS SO ORDERED.

Dated:  **July 10, 2024**              /s/ *Sheila K. Oberto*              
                                    UNITED STATES MAGISTRATE JUDGE